# United States District Court
### Northern District of New York
## JUDGMENT IN A CIVIL CASE

**RCP's LEAR, LLC,**

                V.                CASE NUMBER: 5:07-CV-96 (NAM/GJD)

**TAUGHANNOCK AVIATION CORP. and JET FIRST, INC., CHRIS DOSCHER, STUART CAUFF, and MICHAEL KEISTER**

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; that default judgment be entered in favor of the Plaintiff and against Defendants Jet First, Inc. and Chris Doscher in the amount of $235,672.90 plus the additional amount of $11,142.61 interest from February 20, 2008 until the entry of judgment pursuant to the Order issued by Senior U. S. District Judge Neal P. McCurn on July 8, 2009.

**July 8, 2009**                      **LAWRENCE K. BAERMAN**

_____        _____
DATE                                CLERK OF COURT

                                            s/_____
                                            DONNA M. FRANCISCO
                                            DEPUTY CLERK