UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RCP's LEAR, LLC,
        Plaintiff,

AMENDED DEFAULT JUDGMENT
CIVIL ACTION NO.: 5:07-CV- 96 (NPM/GJD)

vs.

TAUGHANNOCK AVIATION
CORP. and JET FIRST, INC.,
CHRIS DOSCHER, STUART
CAUFF, and MICHAEL KEISTER,
        Defendants.

\_\_\_\_\_ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**. Default Judgment is entered in favor of defendant Taughannock Aviation Corporation and against Defendants/Cross-Claim Defendants Jet First, Inc. and Chris Doscher in the amount of $235,672.90 plus prejudgment interest calculated pursuant to the rate provided for by 28 U.S.C. § 1961(a) from February 20, 2008 to the date this judgment is filed. Post-judgment interest will be calculated pursuant to the rate provided for by 28 U.S.C. § 1961(a), commencing from the date of the entry of judgment.

Dated: July 9, 2009

                                                                  Lawrence K. Baerman
                                                                  Clerk


                                                                  /S/
                                                          Phillip T. McBrearty
                                                          (by) Deputy Clerk