UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RCP's LEAR, LLC,
        Plaintiff,

                                            JUDGMENT
                              CIVIL ACTION NO.: 5:07-CV- 96 (NPM/GJD)

   vs.

MICHAEL KEISTER,
        Defendant.

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**. Judgment is entered in favor plaintiff RCP's Lear, LLC. and against defendant Michael Keister. Judgment will enter in the amount of $350,625.25. Post-judgment interest will be calculated pursuant to the rate provided for by 28 U.S.C. § 1961(a), commencing from the date of the entry of judgment.

Dated: July 23, 2009                                          Lawrence K. Baerman
                                                           Clerk

                                                           /S/
                                                          Phillip T. McBrearty
                                                          (by) Deputy Clerk